## ** Letter of Assent Job Start Form**

The undersigned Contractor (company name) Cole Partners Inc. is requesting a Job ID Number
for the Project located at 1 Hannah St S/I, NY 10301
Job Name Mary Cali Dalton Center. Floor
Start Date 8/1/2024 Restart Date Foreman Barney. Tel: 718 875 8300
General Contractor Kokolakis Contracting. Job Start Time 7AM - 3:30PM.

***Check** the category that applies or for which you are applying for the project listed above.*

| | | | |
|---|---|---|---|
| ☑ | 7/1/17-6/30/24 Prevailing Wage Building Carpenter Developer/General Contractors/Construction Manager - ______ Recognized as LA-1000 series Job Number/ **CBA#18, CBA#14** | ☐ | Prevailing Wage Flooring Developer/General Contractors/Construction Manager - ______ Recognized as LA -2000 series Job Number/ **CBA#144, CBA#1813, CBA#651** |
| ☐ | Prevailing Wage Heavy Carp Developer/General Contractors/Construction Manager - ______ Recognized as LA -3000 series Job Number/ **CBA#180** | ☐ | Prevailing Wage Dock Building Developer/General Contractors/Construction Manager - ______ Recognized as LA -4000 series Job Number/ **CBA#1815** |
| ☐ | Prevailing Wage Timberman Developer/General Contractors/Construction Manager - ______ Recognized as LA -5000 series Job Number/ **CBA#653** | ☐ | Prevailing Wage Scaffolding Developer/General Contractors/Construction Manager - ______ Recognized as LA -6000 series Job Number **CBA#701, CBA# 652** |
| ☐ | Prevailing Wage Millwright Developer/General Contractors/Construction Manager - ______ Recognized as LA -7000 series Job Number **CBA#1204** | ☐ | Prevailing Wage Highrise Developer/General Contractors/Construction Manager - ______ Recognized as LA -8000 series Job Number **CBA#1809, CBA#18** |

Authorized officer of company & title: Marlon Cole, Pres.
Company address: 66 Broadway S/I, NY 10310. Employer ID# [redacted]
Phone: 718 875 8301. Fax# Date: 8/23/2024.
Time manager: Dariusz Tokarski 718 875 8300.
(PLEASE PROVIDE NAME & PHONE # OF PERSON WHO WILL ENTER DAILY TIME.)

---

**FOR DISTRICT COUNCIL USE ONLY— Reviewed and Approved by:** ______
**JOB ID #** ______ **Issued by:** ______ **Date:** ______
Complete and Return by Email to Newjobstarts@nycdistrictcouncil.org

NYC AGENCY RENOVATION & REHAB CITY OWNED
BUILDINGS/STRUCTURES PLA

**Project Labor Agreement - - Letter of Assent**

Dear: NYCDCC

The undersigned party confirms that it agrees to be a party to and be bound by the New York Agency, Project Labor Agreement as such Agreement may, from time to time, be amended by the parties or interpreted pursuant to its terms. The terms of the Project Labor Agreement, its Schedules, Addenda and Exhibits are hereby incorporated by reference herein.

The undersigned, as a Contractor or Subcontractor (hereinafter Contractor) on the Project known as MARY CALI DALTON CNTR and located at 1 HANNAH ST SI, NY (hereinafter PROJECT), for and in consideration of the award to it of a contract to perform work on said PROJECT, and in further consideration of the mutual promises made in the Project Labor Agreement, a copy of which was received and is acknowledged, hereby:

(1) Accepts and agrees to be bound by the terms and conditions of the Agreement, together with any and all schedules; amendments and supplements now existing or which are later made thereto:

(2) Agrees to be bound by the legally established collective bargaining agreements; local trust agreements for employee benefit funds; and trust documents for joint apprentice programs as well as apprentice program rules and procedures but only to the extent of Program Work and as required by the PLA.

(3) Authorizes the parties to such local trust agreements to appoint trustees and successor trustees to administer the trust funds and hereby ratifies and accepts the trustees so appointed as if made by the Contractor but only to the extent of Program Work as required by the PLA.

(4) Certifies that it has no commitments or agreements that would preclude its full and complete compliance with the terms and conditions of said Agreement. The Contractor agrees to employ labor that can work in harmony with all other labor on the Project and shall require labor harmony from every lower tier subcontractor it has engaged or may engage to work on the Project. Labor harmony disputes/issues shall be subject to the Labor Management Committee provisions.

(5) Agrees to secure from any Contractor(s) (as defined in said Agreement) which is or becomes a Subcontractor (of any tier), to it, a duly executed Agreement to be Bound in from identical to this document.

Provide description of the Work, identify craft jurisdiction(s) and all contract numbers below:

DDC PROJECT # KC-0239-21

NYC AGENCY RENOVATION & REHAB CITY OWNED
BUILDINGS/STRUCTURES PLA

Dated: ~~8/30~~/23/2024.

Kokolakis Contracting.
(Name of CM; GC; Contractor or Higher Level Subcontractor)

Cole Partners, Inc.
(Name of Contractor or subcontractor)

[signature]
(Authorized Officer & Title) Harlon Cole Pres.

66 Broadway
(Address) SI NY 10310

718 875 8300
(Phone) (Fax)

Contractor's State License
#

Sworn to before me this ~~July~~ August 23rd. day of 2024,

[signature]
Notary Public

NICOLE ALVAREZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6389214
Qualified in Richmond County
My Commission Expires 03-25-~~2023~~ 2027.