VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

August 31, 2026

**VIA CERTIFIED AND ELECTRONIC MAIL**
**Receipt No.: 9589 0710 5270 4074 4520 76**

Cole Partners Inc.
66 Broadway, Suite 5
Staten Island, New York 10310
kathyc@colepartnersinc.com

**VIA ELECTRONIC MAIL**

Steven M. Coren, Esq.
Coren Law Group P.C.
scoren@corenlawgroup.com

Re: New York City District Council of Carpenters Benefit Funds

Dear Sir/Madam:

This firm represents the Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, Apprenticeship Journeyman Retraining, Educational, and Industry Fund and Charity Fund (collectively, the "Funds").

On July 28, 2026, an arbitration hearing was held between the Funds and Cole Partners Inc. On August 28, 2026, the arbitrator issued an opinion and award in favor of the Funds (the "Award"). A copy of the Award is enclosed.

You are hereby advised that if you do not comply with the Award within seven (7) days of the date hereof, legal proceedings may be instituted against you at any time thereafter without further notice.

We hope that this will not be necessary and that you will immediately comply with the Award. Should you have any questions, please contact me immediately.

VIRGINIA
& AMBINDER LLP
Attorneys at Law

Very truly yours,

Maura Moosnick, Esq.

Enclosure