Virginia & Ambinder, LLP
40 Broad Street
7th Floor
New York, NY 10004

Invoice submitted to:
Mr. David Jacobsen
NYC Carpenters Funds
395 Hudson Street
New York, NY 10014

October 27, 2026

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/19/2026 - | TC | Gathered and organized exhibits; Drafted petition and MOL | 325.00/hr | 3.400 | 1,105.00 |
| 10/14/2026 - | TC | Email message to Brian requesting CBA; update petition tracker and s/r | 325.00/hr | 0.200 | 65.00 |
| 10/16/2026 - | TC | Email message to Brian following up on CBA request; save CBA docs to file; pull relevant affidavits from CBA docs provided; update s/r and petition tracker; sent email inquiry about revised audit report; began compiling exhibits for the petition | 325.00/hr | 0.700 | 227.50 |
| 10/23/2026 - | MM | Reviewed, proofed petition and memo of law, OK'd to file | 430.00/hr | 0.400 | 172.00 |
| | | For professional services rendered | | 4.700 | $1,569.50 |